1030

denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–1030. DA SILVA NEVES v. HOLDER, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–1059. YANKTON SIOUX TRIBE ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 8th Cir. Motion of Southern Missouri Recycling and Waste Management District for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 10–1068. ACORN ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–7085. STROTHER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–9360. COMSTOCK ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–10068. MCPHERRON v. DAILING ET AL. C. A. 7th Cir. Certiorari before judgment denied.

No. 10–10133. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–10481. CHIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–10515. REAP v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.